JS-6

1  Martin Holly (State Bar No. 201421)
     *mdh@manningllp.com*
2  Anthony W. Werbin (State Bar No. 285684)
     *aww@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant,
   TARGET CORPORATION



FILED
CLERK, U.S. DISTRICT COURT

January 19, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREW BURKOT,<br><br>             Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION, Does 1 to 10,<br><br>             Defendants. | Case No. 2:16-cv-08619-SJO-KS<br><br>Assigned to Hon. S. James Otero<br><br>(State Court Case No. BC630615)<br><br>**ORDER TO REMAND THE INSTANT CASE TO STATE COURT PURSUANT TO STIPULATION OF THE PARTIES** |

TO THE HONORABLE JUDGE:

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, have stipulated that Plaintiff Andrew Burkot ("Plaintiff") may recover no more than Seventy-Four Thousand, Nine Hundred and Ninety-Nine dollars ($74,999) in damages of any sort from any and all Defendants currently named or named in the future in this action.  The fully executed stipulation is attached hereto as Exhibit "A."

///

///

1
**ORDER**

1  Therefore, in light of the attached Stipulation, the parties respectfully request
2  that this Court enter an Order remanding the case to Superior Court.

3
4  DATED:  January 19, 2017          By: *S. James Otero* _____
5                                         The Honorable S. James Otero